THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BONGIARNO, Appellant.— No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CESARSKI, Appellant.— No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM SCHNEIDER, Appellant.— Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

RAILROAD FEDERAL SAVINGS AND LOAN ASSOCIATION, Appellant, v. KATHLEEN M. CARR et al., Respondents.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.